3K

1  OLA MURCHISON
2  P.O. BOX 55
3  STOCKTON, CA 95201
4  (209) 639-4543

**FILED**
OCT 18 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

7  IN THE UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF CALIFORNIA

8  OLA MURCHISON
9         —PLAINTIFF
10 VS.                    2:10-CV-2809 MCE EFB   PS
11 CARRIE JEAN DENSON
12         DEFENDENT(S)        COMPLAINT
13 UNDER CIVIL RIGHTS 440, the nature of the demand that
14 defendant Carrie Jean Denson account for all of the funds
15 accumulated for the Beulah Murchison's trust account and account
16 and a copy provided to Beulah Murchison and each of the
17 remaining living siblings as per the requirement of the trust. In
18 addition, as per Beulah Murchison, that she be removed as successor trustee and replaced
19 by Ola Murchison and Patricia Lee, granddaughter.

20

21 I, pro se plaintiff Ola Murchison, on the merits of my case in law against defendant
22 Carrie Jean Denson, for general relief in the amount of $60,000 punitive damages
23 in the amount of $20,000 for denial and deprivation to interact with my mother
24 away from the facility, taking her to her home in Foresthill CA, her home in
25 Sacramento, and to her home church in Sacramento that was pastored by her
26 deceased son, Ed Murchison.

Ola Murchison

10/18/10

Attachment 8

# AFFIDAVIT

I, _Ola Murchinson_, depose and set forth any and all facts attested of issue.

The demand is to account for all the monies raised on behalf of the Beulah Murchison's Living Trust and provide an itemized copy of expenditures to Beulah Murchison and each sibling from the years 2002-2009. As per Beulah Murchison, Carrie Jean Denson is to be removed as successor Trustee and replaced by Ola Murchison, son and Patricia Lee, granddaughter.

At present, Carrie has not performed up to the requirements of the Beulah Murchison's Trust Provisions, administratively and has caused Beulah excessive mental pain and stress, by the deprivation of her rights and priviledges to a quality of life.

I, pro se Plaintiff, Ola Murchison requests the court to approve a trial by jury to present evidence in support of my claim.

DATED _10/18/10_
SIGNED _Ola Murchison_
WITNESS

_October 18_ Signed and sworn to under the penalties of perjury this day of _____ 2010

Then personally before me appeared the above-named individual (s) who swore the above statement(s) were true to the best of his/her knowledge and belief.



NOTARY _Christine Dwyer Langdon_

CHRISTINE DWYER LANGDON
Commission # 1895733
Notary Public - California
San Joaquin County
My Comm. Expires Jul 16, 2014

# Memorandum of Law

I, Ola Murchison, pro se plaintiff set forth any and all facts, regarding my mother's living trust **'The Living Trust of Beulah Murchison'** Account # 930925

---

**Under Civil Rights 440,** the nature of the demand that defendant Carrie Jean Denson account for all of the funds accumulated for the Beulah Murchison's Trust Account and a copy provided to Beulah Murchison and each of the remaining living Siblings as per requirement of the Trust. In addition, as per Beulah, that she be removed As 1st successor trustee and replaced by Ola Murchison, son and Patricia Lee, Granddaughter.

I, pro se Plaintiff Ola Murchison, on the merits of my case in law against Defendant Carrie Jean Denson, for financial relief in the amount of $60,000., punitive damages In the amount of $20,000 for denial and deprivation to interact with my mother Away from the facility taking her to her home in Foresthill Hill, Ca. her home in Sacramento, Ca, and to her home church in Sacramento that was pastured by her deceased son, Ed Murchison

Complaint under Civil Right 440, affidavit, proof of service under Fed. R. Civ. P.4

(b)._____, and supporting papers.

_Ola Murchison — 10/18/10_